In the Matter of the Claim of SAMANTHA M. ARMISON, Respondent. GANNETT COMPANY, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 1.)

In the Matter of the Claim of TIMOTHY P. MILLER, Respondent. GANNETT COMPANY, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 2.)

In the Matter of the Claim of LESLIE S. LUTHER, Respondent. GANNETT COMPANY, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 3.)

In the Matter of the Claim of THERON V. WIGGINS, Respondent. GANNETT COMPANY, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 4.)

In the Matter of the Claim of MARTIN J. REDDER, Respondent. GANNETT COMPANY, INC., on Behalf of GANNETT SATELLITE INFORMATION NETWORK, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 5.)

In the Matter of the Claim of JONATHAN R. MORRIS, Respondent. GANNETT COMPANY, INC., Appellant; COMMISSIONER OF LABOR, Respondent. (Claim No. 6.)

Submitted January 20, 2015; decided February 19, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

Judges STEIN and FAHEY taking no part.

In the Matter of FLINTLOCK CONSTRUCTION SERVICES, LLC, et al., Appellants, v GRETCHEN WEISS, Respondent.

Submitted December 15, 2014; decided February 19, 2015

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that the issues presented have become moot.

Judges STEIN and FAHEY taking no part.